# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:05-cv-03197-MHP

Uwakwe v. Intel Corporation
Assigned to: Hon. Marilyn H. Patel
Demand: $0
Cause: 15:2 Antitrust Litigation

Date Filed: 08/08/2005
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### Plaintiff

**Athan Uwakwe**
*individually, and on hehalf of all those
similarly situated
doing business as*
Tom Cyp Computers

represented by **Donald Chidi Amamgbo, Esq.**
Amamgbo & Associates, APC
1940 Embarcadero Cove
Oakland, CA 94606
510-434-7800
Fax: 510-434-7804
Email: DonaldAmamgbo@Citycom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Etoh**
Amamgbo & Associates, APC
1940 Embarcadero
Oakland, CA 94606
510/434-7800
Fax: 510/434-7804
*ATTORNEY TO BE NOTICED*

**Nick Agbo**
Amamgbo & Associates, APC
1940 Embarcadero
Oakland, CA 94606
510/434-7800
Fax: 510/434-7804
*ATTORNEY TO BE NOTICED*

**Reginald Von Terrell, Esq.**
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804
510/237-9700
Fax: 510/237-4616
Email: REGGIET2@AOL.COM
*ATTORNEY TO BE NOTICED*

**Remigius Chibueze, Esq.**
Amamgbo & Associates, APC
1940 Embarcadero
Oakland, CA 94606
510-434-7800
Fax: 510-434-7804
Email: rochibueze@yahoo.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intel Corporation**                                        represented by **Joy K. Fuyuno**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: joy.fuyuno@bingham.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|-----|-------------|
| 08/08/2005 | 1 | CLASS ACTION COMPLAINT For Violation of Antitrust Act, Violation of Cartwright Act & Violation of Unfair Competition Laws & Demand for Jury Trial - [Summons Issued] against Intel Corporation, [Filing Fee: $250.00, Receipt Number 4411418]. Filed by Plaintiff Athan Uwakwe. (tn, COURT STAFF) (Filed on 8/8/2005) (Entered: 08/10/2005) |
| 08/08/2005 | | SUMMONS Issued as to Intel Corporation. (tn, COURT STAFF) (Entered: 08/10/2005) |
| 08/08/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 12/5/2005 & Initial Case Management Conference set for 12/12/2005 04:00 PM. (Attachments: # 1 Standing Order). (tn, COURT STAFF) (Filed on 8/8/2005) (Entered: 08/10/2005) |
| 08/08/2005 | 3 | ADMINISTRATIVE MOTION to Consider Whether Cases Should be Related Filed by Plaintiff Athan Uwakwe. (tn, COURT STAFF) (Filed on 8/8/2005) (Entered: 08/10/2005) |
| 08/08/2005 | 4 | DECLARATION of Reginald Terrell in Support of Administrative Motion to Consider Whether Cases Should Be Related re [3]. Filed by Plaintiff Athan Uwakwe. (Related document(s)[3]).(tn, COURT STAFF) (Filed on 8/8/2005) (Entered: 08/10/2005) |
| 08/08/2005 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 08/10/2005) |
| 08/12/2005 | 5 | ORDER OF RECUSAL. Magistrate Judge Bernard Zimmerman recused.. Signed by Magistrate Judge Bernard Zimmerman on 8/12/2005. (bzsec, COURT STAFF) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | | Cases associated. (gba, COURT STAFF) (Filed on 8/12/2005) (Entered: 08/18/2005) |
| 08/16/2005 | 6 | ORDER RELATING CASE to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 8/12/2005. (awb, COURT-STAFF) (Filed on 8/16/2005) (Entered: 08/16/2005) |
| 10/20/2005 | 7 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: #1 Class Action Complaint, #3 Administrative Motion & #4 Declaration of Reginald Terrell. (gba, COURT STAFF) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 11/01/2005 | 8 | STIPULATION *AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. SECTION 1407* by Intel Corporation. (Fuyuno, Joy) (Filed on 11/1/2005) (Entered: 11/01/2005) |
| 11/08/2005 | 9 | STIPULATION AND ORDER STAYING CASE pending MDI determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 10 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # |

| | | |
|---|---|---|
| | 1 | MDL Transfer Order (Puyano, Toy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 01/05/2006 | 11 | ORDER STATISTICALLY DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 1/5/2006. (awb, COURT-STAFF) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| 01/10/2006 | 12 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/11/2006) |
| 01/11/2006 | 13 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware (MDL - 1717). (gba, COURT STAFF) (Filed on 1/11/2006) (Entered: 01/11/2006) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/18/2006 09:23:15 | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-03197-MHP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# DOCUMENT

# WILL BE

# PROVIDED

# AT A LATER DATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                              )
                              )
ATHAN UWAKWE                  )
              Plaintiff(s)    )
                              )         C 05-03197 BZ
      -v-                     )
                              ) ORDER SETTING INITIAL CASE MANAGEMENT
INTEL CORPORATION             ) CONFERENCE
              Defendant(s)    )
_____)
```

IT IS HEREBY ORDERED that this action is assigned to the Honorable Bernard Zimmerman.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California," the Notice of Assignment to United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2.  Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients must familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

CASE SCHEDULE   [ADR MULTI-OPTION PROGRAM]

| Date | Event | Governing Rule |
|------|-------|----------------|
| 08/08/2005 | Complaint filed | |
| 11/21/2005 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR LR 3-5 |
| 11/21/2005 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 12/05/2005 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCivP 26(a)(1) Civil L.R.16-9 |
| 12/12/2005 | Case Management Conference in Ctrm G, 15th Floor, SF at 4:00 PM | Civil L.R. 16-10 |

**STANDING ORDERS**

(Rev. 01/2002)

1.    Within 30 days of filing a complaint, plaintiff shall serve and file either a written consent to Magistrate Judge Zimmerman's jurisdiction or a written request for reassignment to a district  judge.  Within 30 days of being served with a complaint or third party complaint, a defendant or third party defendant shall serve and file either a written consent to Magistrate Judge Zimmerman's jurisdiction or a written request for reassignment to a district judge.

2.    Civil law and motion is heard on the first and third Wednesdays of every month at 10:00 a.m.  Criminal law and motion is heard on the second and fourth Wednesdays of every month at 1:30 p.m.

3.    A copy of any brief or other document containing a legal citation **shall** be submitted to chambers on a diskette formatted preferably in WordPerfect 5, 6, 8 or 9.  A chambers copy of any document **may** be submitted on CD-ROM with hypertext links to exhibits.

4.    Any proposed order in a case subject to electronic filing shall be sent by e-mail to: bzpo@cand.uscourts.gov.  This address is to be used only for proposed orders unless otherwise directed by the court.

5.    Unless expressly requested by the Court, documents should **not be faxed** to chambers but should be filed or lodged in accordance with the Local Rules of Court. The Court should not be routinely copied on correspondence between counsel.

6.    Motions for **summary judgment** shall be accompanied by a statement of the material facts not in dispute supported by citations to admissible evidence.  The

1   parties shall file a joint statement of undisputed facts where possible.  If the parties are

2   unable to reach complete agreement after meeting and conferring, they shall file a joint

3   statement of the undisputed facts about which they do agree.  Any party may then file a

4   separate statement of the additional facts that the party contends are undisputed.  A

5   party who without substantial justification contends that a fact is in dispute is subject to

6   sanctions.

7

8       7.    Parties are reminded that most procedural questions are answered in the

9   Local Rules or these Standing Orders.  Parties should not contact Chambers for

10  answers to procedural questions.  The Local Rules are available for public viewing at

11  the Court's internet site - http://www.cand.uscourts.gov.

12

13

14      **IT IS SO ORDERED**.

15

16  Dated:   January 17, 2002

17

18                                    _____

19                                    BERNARD ZIMMERMAN
                                      United States Magistrate Judge

20

21

22

23

24

25

26

27

28

NO

PDF

FOR THIS

EVENT

NO

PDF

FOR THIS

EVENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATHAN UWAKWE, dba TOM CYP COMPUTERS,

    Plaintiff(s),

  v.

INTEL CORPORATION,

    Defendant(s).

No. C05-3197 BZ

**NOTICE OF RECUSAL**

I hereby recuse myself in the above action.

Dated: August 12, 2005

      Bernard Zimmerman
    United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\UWAKWE.RECUSAL.wpd

1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 05-02669 MHP**   **Lipton et al v. Intel Corporation**

**C 05-03197 BZ**   **Uwakwe v. Intel Corporation**

I find that the above case is related to the case assigned to

### ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 6/12/05

Judge Marilyn H. Patel

-1-

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: _8/16/2006_

By: _____
Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ATHAN UWAKWE

              Plaintiff,

  v.

INTEL CORPORATION
              Defendant.

_____/

NO. CV 05-03197 MHP

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**

On **8/8/05**, counsel for **Plaintiff** filed a **Class Action Complaint, Administrative Motion & Declaration of Reginald Terrell** manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for **Plaintiff** should submit the **Above Documents**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become

an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: October 20, 2005

<u>Gina Agustine-Rivas</u>
Deputy Clerk

*Gina Agustine*

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1   BINGHAM McCUTCHEN LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA 94111-4067
4   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  ATHAN UWAKWE, d/b/a Tom Cyp            No. C-05-3197-MHP
    Computers, individually and on behalf of all
13  others similarly situated,             STIPULATION AND [PROPOSED]
                                           ORDER TO STAY DATES, EVENTS
14              Plaintiff,                  AND DEADLINES PENDING THE
                                           OUTCOME OF THE MOTION TO
        v.                                 TRANSFER AND COORDINATE OR
15                                         CONSOLIDATE PURSUANT TO
    INTEL CORPORATION, a Delaware          28 U.S.C. § 1407
16  corporation,

17              Defendant.

18

19          WHEREAS, on August 8, 2005, Plaintiff filed the instant action in the Northern

20  District of California ("Uwakwe Action");

21          WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel

22  Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23  Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24  pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Uwakwe Action has

25  been identified as a related action subject to that motion;

26

SF/21642111.1                                              Case No. C 05-3197 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1    WHEREAS, on or about August 12, 2005, Judge Patel issued a Related Case

2 Order relating this case to an earlier filed case assigned to her, and canceling or staying certain

3 but not all dates, events and deadlines in the action;

4    WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5    WHEREAS, the outcome of the MDL Motion will impact significantly the

6 schedule of this case;

7    THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

8 by and among counsel for Plaintiff Uwakwe, and counsel for Defendant Intel Corporation, that

9 any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,

10 including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal

11 Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order

12 applicable to this case should be stayed pending the outcome of the aforementioned MDL

13 Motion; and

14    IT IS FURTHER STIPULATED by the aforementioned parties that if a case

15 management conference is rescheduled by the Court, the parties shall adjust the dates for any

16 conference, disclosures or reports required by the Local Rules or Federal Rules of Civil

17 Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

18 accordingly.

19    IT IS HEREBY STIPULATED.

20 Dated:  November 1, 2005     AMAMGBO & ASSOCIATES, APC

21

22         By:_____*C. Donald Amamgbo*_____
             C. Donald Amamgbo

23             Attorneys for Plaintiff
             Athan Uwakwe

24

25

26

SF/21642111.1        2      Case No. C 05-3197 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1

Dated:  November 1, 2005                    BINGHAM McCUTCHEN LLP

2

3                                           By:_____*Joy K. Fuyuno*_____
                                                        Joy K. Fuyuno
4                                                   Attorneys for Defendant
                                                     Intel Corporation
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1    **[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES**
2    **PENDING THE OUTCOME OF THE MDL MOTION**

3         Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

4    Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

5    and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

6    management order applicable to this case are hereby stayed pending the outcome of the motion

7    to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

8         Upon the determination of the MDL Motion, if it is necessary for the Court to

9    reschedule a case management conference, the parties shall adjust the dates for any conference,

10   disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16

11   and 26 accordingly.

12        The parties shall notify the Clerk of Court within 10 days of the decision on the

13   MDL Motion.

14   **IT IS SO ORDERED.**

15   Dated:_____          _____

16                                          Honorable Marilyn H. Patel
                                            United States District Court Judge

17

18

19

20

21

22

23

24

25

26

FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   BINGHAM McCUTCHEN LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA 94111-4067
4   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  ATHAN UWAKWE, d/b/a Tom Cyp                No. C-05-3197-MHP
    Computers, individually and on behalf of all
13  others similarly situated,                 STIPULATION AND [PROPOSED]
                                               ORDER TO STAY DATES, EVENTS
14              Plaintiff,                      AND DEADLINES PENDING THE
                                               OUTCOME OF THE MOTION TO
15          v.                                 TRANSFER AND COORDINATE OR
                                               CONSOLIDATE PURSUANT TO
16  INTEL CORPORATION, a Delaware              28 U.S.C. § 1407
    corporation,
17
                Defendant.
18

19          WHEREAS, on August 8, 2005, Plaintiff filed the instant action in the Northern

20  District of California ("Uwakwe Action");

21          WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel

22  Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23  Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24  pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Uwakwe Action has

25  been identified as a related action subject to that motion;

26

SF/21642111.1

1          WHEREAS, on or about August 12, 2005, Judge Patel issued a Related Case

2    Order relating this case to an earlier filed case assigned to her, and canceling or staying certain

3    but not all dates, events and deadlines in the action;

4          WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5          WHEREAS, the outcome of the MDL Motion will impact significantly the

6    schedule of this case;

7          THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

8    by and among counsel for Plaintiff Uwakwe, and counsel for Defendant Intel Corporation, that

9    any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,

10    including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal

11    Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order

12    applicable to this case should be stayed pending the outcome of the aforementioned MDL

13    Motion; and

14          IT IS FURTHER STIPULATED by the aforementioned parties that if a case

15    management conference is rescheduled by the Court, the parties shall adjust the dates for any

16    conference, disclosures or reports required by the Local Rules or Federal Rules of Civil

17    Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

18    accordingly.

19          IT IS HEREBY STIPULATED.

20    Dated:  November 1, 2005          AMAMGBO & ASSOCIATES, APC

21

22                      By:_____*C. Donald Amamgbo*_____

23                           C. Donald Amamgbo
                              Attorneys for Plaintiff
                              Athan Uwakwe

24

25

26

1   Dated: November 1, 2005                    BINGHAM McCUTCHEN LLP

2

3                                              By:_____*Joy K. Fuyuno*_____

4                                                        Joy K. Fuyuno
                                                   Attorneys for Defendant
5                                                     Intel Corporation

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1        **[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES**

2          **PENDING THE OUTCOME OF THE MDL MOTION**

3        Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

4  Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

5  and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

6  management order applicable to this case are hereby stayed pending the outcome of the motion

7  to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

8        Upon the determination of the MDL Motion, if it is necessary for the Court to

9  reschedule a case management conference, the parties shall adjust the dates for any conference,

10  disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16

11  and 26 accordingly.

12        The parties shall notify the Clerk of Court within 10 days of the decision on the

13  MDL Motion.

14  **IT IS SO ORDERED.**

15  Dated:_____11/7/05_____

16                                _____
                                     Honorable Marilyn H. Patel
                                  United States District Court Judge

17

18

19

20

21

22

23

24

25

26

FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 ATHAN UWAKWE, d/b/a Tom Cyp          No. C-05-3197-MHP
   Computers, individually and on behalf of all
13 others similarly situated,            STIPULATION AND [PROPOSED]
                                         ORDER TO STAY DATES, EVENTS
14              Plaintiff,               AND DEADLINES PENDING THE
                                         OUTCOME OF THE MOTION TO
15        v.                             TRANSFER AND COORDINATE OR
                                         CONSOLIDATE PURSUANT TO
16 INTEL CORPORATION, a Delaware         28 U.S.C. § 1407
   corporation,
17              Defendant.

18

19        WHEREAS, on August 8, 2005, Plaintiff filed the instant action in the Northern

20 District of California ("Uwakwe Action");

21        WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel

22 Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23 Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24 pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Uwakwe Action has

25 been identified as a related action subject to that motion;

26

1          WHEREAS, on or about August 12, 2005, Judge Patel issued a Related Case

2   Order relating this case to an earlier filed case assigned to her, and canceling or staying certain

3   but not all dates, events and deadlines in the action;

4          WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5          WHEREAS, the outcome of the MDL Motion will impact significantly the

6   schedule of this case;

7          THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

8   by and among counsel for Plaintiff Uwakwe, and counsel for Defendant Intel Corporation, that

9   any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,

10   including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal

11   Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order

12   applicable to this case should be stayed pending the outcome of the aforementioned MDL

13   Motion; and

14          IT IS FURTHER STIPULATED by the aforementioned parties that if a case

15   management conference is rescheduled by the Court, the parties shall adjust the dates for any

16   conference, disclosures or reports required by the Local Rules or Federal Rules of Civil

17   Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

18   accordingly.

19          IT IS HEREBY STIPULATED.

20   Dated: November 1, 2005              AMAMGBO & ASSOCIATES, APC

21

22                      By:_____*C. Donald Amamgbo*_____

23                             C. Donald Amamgbo
                                   Attorneys for Plaintiff

24                                   Athan Uwakwe

25

26

1
2    Dated:  November 1, 2005                    BINGHAM McCUTCHEN LLP

3
                                               By:            *Joy K. Fuyuno*
4                                                              Joy K. Fuyuno
                                                          Attorneys for Defendant
5                                                            Intel Corporation

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1    [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES
2    PENDING THE OUTCOME OF THE MDL MOTION

3          Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

4    Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

5    and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

6    management order applicable to this case are hereby stayed pending the outcome of the motion

7    to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

8          Upon the determination of the MDL Motion, if it is necessary for the Court to

9    reschedule a case management conference, the parties shall adjust the dates for any conference,

10   disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16

11   and 26 accordingly.

12         The parties shall notify the Clerk of Court within 10 days of the decision on the

13   MDL Motion.

14   **IT IS SO ORDERED.**

15   Dated:___11/7/05___

16                                        Honorable Marilyn H. Patel
                                          United States District Court Judge

17

18

19

20

21

22

23

24

25

26

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

November 8, 2005

TO INVOLVED COUNSEL

Re: MDL-1717 -- In re Intel Corp. Microprocessor Antitrust Litigation

(See Attached Schedule A of Order)

Dear Counsel:

I am enclosing a copy of a Panel transfer order filed today in the above-captioned matter.

The Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425 (2001), and specifically, Rules 1.1, 7.4 and 7.5, refer to "tag-along" actions. Please familiarize yourself with these Rules for your future reference. With regard to Rule 7.5, you need only provide this office with a copy of the complaint which you feel qualifies as a "tag-along" action and informally request that our "tag-along" procedures be utilized to transfer the action to the transferee district. If you have any questions regarding procedures used by the Panel, please telephone this office.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Deputy Clerk

Enclosure

JPML Form 35

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*RELEASED FOR PUBLICATION*

NOV - 8 2005

*DOCKET NO. 1717*

FILED
CLERK'S OFFICE

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION*

## *BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

### *TRANSFER ORDER*

This litigation currently consists of fourteen actions listed on the attached Schedule A and pending in two districts as follows: ten actions in the Northern District of California and four actions in the District of Delaware.[1] Pursuant to 28 U.S.C. § 1407, plaintiffs in one Northern District of California action originally moved for centralization of this docket in their California district, but they now favor selection of the District of Delaware as transferee forum. Plaintiff in one of the Delaware actions, Advanced Micro Devices, Inc. (AMD), has stated that it does not object to centralization in the District of Delaware, so long as the Panel orders that AMD's action be allowed to proceed on a separate track within the Section 1407 proceedings. All other responding parties, (i.e, plaintiffs in eight of the nine remaining California actions, the plaintiffs in the three remaining Delaware actions, common defendant Intel Corp., and plaintiffs in various District of Delaware and Northern and Southern District of California potential tag-along actions) support centralization without qualification. With but one exception, all of these additional respondents also support designation of the District of Delaware as transferee forum. The lone dissenter on this point is the plaintiff in a Southern District of California potential tag-along action, who favors centralization in his California district.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the District of Delaware will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions involve allegations that common defendant Intel Corp. monopolized and unlawfully maintained a monopoly in the market for the microprocessing chips that serve as the "brains" of most modern computers. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect

---

[1] The Panel has been notified of additional related actions recently filed in the Northern and Southern Districts of California, the District of Delaware, the Southern District of Florida, and the Eastern and Western Districts of Tennessee. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

to class certification matters), and conserve the resources of the parties, their counsel and the judiciary. Transfer under Section 1407 will have the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that: i) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, *In re Joseph F. Smith Patent Litigation*, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976); and ii) ensures that pretrial proceedings will be conducted in a manner leading to a just and expeditious resolution of the actions to the benefit of not just some but all of the litigation's parties. We decline to grant AMD's request to issue specific instructions that could limit the discretion of the transferee court to structure this litigation as it sees fit. As Section 1407 proceedings evolve in the transferee district, AMD may wish to renew its argument that the nature of its claims and/or its status as a litigant would warrant separate tracking for its action within the centralized MDL-1717 proceedings. That argument is one to be addressed to the transferee court, however, and not to the Panel.

In concluding that the District of Delaware is an appropriate forum for this docket, we observe that i) the district is an accessible location that is geographically convenient for many of this docket's litigants and counsel; ii) the district is well equipped with the resources that this complex antitrust docket is likely to require; and iii) the district is the near unanimous choice of all responding parties.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Delaware are transferred to that district and, with the consent of that court, assigned to the Honorable Joseph J. Farnan, Jr., for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE A

## MDL-1717 -- In re Intel Corp. Microprocessor Antitrust Litigation

### Northern District of California

*David E. Lipton, et al. v. Intel Corp.*, C.A. No. 3:05-2669
*Maria I. Prohias v. Intel Corp.*, C.A. No. 3:05-2699
*Ronald Konieczka v. Intel Corp.*, C.A. No. 3:05-2700
*Patricia M. Niehaus v. Intel Corp.*, C.A. No. 3:05-2720
*Steve J. Hamilton v. Intel Corp.*, C.A. No. 3:05-2721
*Michael Brauch, et al. v. Intel Corp.*, C.A. No. 3:05-2743
*Susan Baxley v. Intel Corp.*, C.A. No. 3:05-2758
*Huston Frazier, et al. v. Intel Corp.*, C.A. No. 3:05-2813
*Dwight E. Dickerson v. Intel Corp.*, C.A. No. 3:05-2818
*The Harman Press v. Intel Corp.*, C.A. No. 3:05-2823

### District of Delaware

*Advanced Micro Devices, Inc., et al. v. Intel Corp., et al.*, C.A. No. 1:05-441
*Jim Kidwell, et al. v. Intel Corp.*, C.A. No. 1:05-470
*Robert J. Rainwater, et al. v. Intel Corp.*, C.A. No. 1:05-473
*Matthew Kravitz, et al. v. Intel Corp.*, C.A. No. 1:05-476

**FILED**

JAN - 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHAN UWAKWE, | No. C 05-03197 MHP |
| Plaintiff(s), | **ORDER** |
| v. | |
| INTEL CORPORATION, | |
| Defendant(s). | |

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated:

MARILYN HALL PATEL
United States District Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

FILED

05 JAN 10 PM 12:47

Peter T. Dalleo
**CLERK**

LOCKBOX 18
844 NORTH KING STREET
BOGGS FEDERAL BUILDING
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 29, 2005

Mr. Richard W. Wieking
Clerk, U.S. District Court
United States District Court
Phillip Burton
 United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

RE:   **In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717**
  CA 05-2830 (ND/CA) - **05-894 JJF (D/DE)**
  CA 05-2831 (ND/CA) - **05-895 JJF (D/DE)**
  CA 05-2834 (ND/CA) - **05-896 JJF (D/DE)**
  CA 05-2858 (ND/CA) - **05-897 JJF (D/DE)**
  CA 05-2859 (ND/CA) - **05-898 JJF (D/DE)**
  CA 05-2882 (ND/CA) - **05-899 JJF (D/DE)**
  CA 05-2897 (ND/CA) - **05-900 JJF (D/DE)**
  CA 05-2898 (ND/CA) - **05-901 JJF (D/DE)**
  CA 05-2916 (ND/CA) - **05-902 JJF (D/DE)**
  CA 05-2957 (ND/CA) - **05-903 JJF (D/DE)**
  CA 05-3028 (ND/CA) - **05-904 JJF (D/DE)**
  CA 05-3094 (ND/CA) - **05-905 JJF (D/DE)**
  CA 05-3197 (ND/CA) - **05-906 JJF (D/DE)**
  CA 05-3271 (ND/CA) - **05-907 JJF (D/DE)**
  CA 05-3272 (ND/CA) - **05-908 JJF (D/DE)**
  CA 05-3273 (ND/CA) - **05-909 JJF (D/DE)**
  CA 05-3277 (ND/CA) - **05-910 JJF (D/DE)**

Dear Mr. Wieking:

In accordance with 28 U.S.C. § 1407, enclosed is a certified copy of the *Conditional Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N. King St.
Wilmington, DE 19801

      If our case file is maintained in electronic format in CM/ECF, please contact Elizabeth Strickler or Monica Mosley at 302-573-6170.

                  Sincerely,

                  Peter T. Dalleo, Clerk

                  By: __/s/_____
                         Monica Mosley
                         Deputy Clerk

Enc.
cc: Michael Beck, Clerk of Panel



A CERTIFIED TRUE COPY

DEC 2 2 2005

FILED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 6 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1717**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On November 8, 2005, the Panel transferred ten civil actions to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Joseph J. Farnan, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Delaware and assigned to Judge Farnan.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Delaware for the reasons stated in the order of November 8, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Joseph J. Farnan, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
### DOCKET NO. 1717
### IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

**DIST. DIV. C.A. #**       **CASE CAPTION**

CALIFORNIA NORTHERN
| | |
|---|---|
| CAN 3 05-2830 | Shanghai 1930 Restaurant Partners, L.P. v. Intel Corp. |
| CAN 3 05-2831 | Major League Softball, Inc. v. Intel Corp. |
| CAN 3 05-2834 | Benjamin Allanoff v. Intel Corp. |
| CAN 3 05-2858 | Law Offices of Laurel Stanley, et al. v. Intel Corp. |
| CAN 3 05-2859 | Lazio Family Products v. Intel Corp. |
| CAN 3 05-2882 | Ian Walker v. Intel Corp. |
| CAN 3 05-2897 | Kevin Stoltz v. Intel Corp. |
| CAN 3 05-2898 | Peter Jon Naigo v. Intel Corp. |
| CAN 3 05-2916 | Patrick J. Hewson v. Intel Corp. |
| CAN 3 05-2957 | Lawrence Lang v. Intel Corp. |
| CAN 3 05-3028 | Trotter-Vogel Realty, Inc. v. Intel Corp. |
| CAN 3 05-3094 | Karol Juskiewicz v. Intel Corp. |
| CAN 3 05-3197 | Athan Uwakwe v. Intel Corp. |
| CAN 3 05-3271 | Jose Juan v. Intel Corp. |
| CAN 3 05-3272 | Dressed to Kill Custom Draperies LLC v. Intel Corp. |
| CAN 3 05-3273 | Tracy Kinder v. Intel Corp. |
| CAN 3 05-3277 | Edward Rush v. Intel Corp. |

CALIFORNIA SOUTHERN
| | |
|---|---|
| CAS 3 05-1507 | Justin Suarez v. Intel Corp. |

FLORIDA SOUTHERN
| | |
|---|---|
| FLS 1 05-22262 | Nathaniel Schwartz v. Intel Corp. |

KANSAS
| | |
|---|---|
| ~~KS 6 05-1303~~ | ~~Marvin D. Chance, Jr. v. Intel Corp., et al.~~ Opposed 12/21/05 |

TENNESSEE EASTERN
| | |
|---|---|
| TNE 2 05-212 | Andrew Armbrister, et al. v. Intel Corp. |

TENNESSEE WESTERN
| | |
|---|---|
| TNW 2 05-2605 | Cory Wiles v. Intel Corp. |

# INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1717
## IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

Mario N. Alioto
Trump, Alioto, Trump & Prescott
2280 Union Street
San Francisco, CA 94123

Daniel B. Allanoff
Meredith, Cohen, Greenfogel &
Skirnick, P.C.
117 South 17th Street
22nd Floor
Philadelphia, PA 19103

C. Donald Amamgbo
Amamgbo & Associates, PLC
1940 Embarcadero Cove
Oakland, CA 94606

Scott Ames
Serratore & Ames
9595 Wilshire Blvd.
Suite 201
Los Angeles, CA 90212

Russsell M. Aoki
Aoki Sakamoto Grant, LLP
One Convention Place, Suite 1525
701 Pike Street
Seattle, WA 98101

David Mark Balabanian
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Gordon Ball
Ball & Scott
550 W. Main Avenue
Bank of America Center
Suite 750
Knoxville, TN 37902-2567

Steve W. Berman
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

David Boies
Straus & Boies, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030

Craig C. Corbitt
Zelle, Hofmann, Voelbel, Mason &
Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Robert W. Coykendall
Morris, Laing, Evans, Brock &
Kennedy, Chtd.
Old Town Square
300 North Mead
Suite 200
Wichita, KS 67202-2722

Donald F. Drummond
Drummond & Associates
One California Street
Suite 300
San Francisco, CA 94111

Jef Feibelman
Burch, Porter & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103

Nancy L. Fineman
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
Suite 200
840 Malcolm Road
Burlingame, CA 94010

Barbara C. Frankland
Gunderson, Sharp & Walke, L.L.P.
4121 West 83rd Street
Suite 256
Prairie Village, KS 66208

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Harvey W. Gurland, Jr.
Duane Morris
200 South Biscayne Blvd.
Suite 3400
Miami, FL 33131

Lance A. Harke
Harke & Clasby LLP
155 South Miami Avenue
Suite 600
Miami, FL 33130

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second Street
Suite 500
San Francisco, CA 94107

Michael L. Kirby
Post, Kirby, Noonan & Sweat
701 B Street
Suite 1100
San Diego, CA 92101-3302

Jerry W. Laughlin
Rogers, Laughlin, Nunnally, Hood &
Crum
100 South Main Street
Greenville, TN 37743

Michael P. Lehmann
Furth Firm, LLP
225 Bush Street
Suite 1500
San Francisco, CA 94104-4249

Ali Oromchian
Finkelstein, Thompson & Loughran
601 Montgomery Street
Suite 665
San Francisco, CA 94111

Joseph M. Patane
Law Offices of Joseph Patane
2280 Union Street
San Francisco, CA 94123

Donald L. Perelman
Fine, Kaplan & Black, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Juden Justice Reed
Schubert & Reed, LLP
Two Embarcadero Center, Suite 1050
San Francisco, CA 94111

Randy R. Renick
Law Offices of Randy Renick
128 North Fair Oaks Ave.
Suite 204
Pasadena, CA 91103

Richard A. Ripley
Bingham Mccutchen
1120 20th Street, N.W.
Suite 800
Washington, DC 20036

INVOLVED COUNSEL LIST (CTO-1) MDL-1717

R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street
Suite 1700
San Francisco, CA 94111-5630

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Reginald Von Terrell
Terrell Law Group
223 25th Street
Richmond, CA 94804

Douglas G. Thompson, Jr.
Finkelstein, Thompson & Loughran
1055 Thomas Jefferson Street, N.W.
Suite 601
Washington, DC 20007

B. J. Wade
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN 38103

Edward A. Wallace
Wexler Law Firm
One North LaSalle Street
Suite 2000
Chicago, IL 60602

## INVOLVED JUDGES LIST (CTO-1)
## DOCKET NO. 1717
## IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

Hon. J. Daniel Breen
U.S. District Judge
345 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Hon. J. Ronnie Greer
U.S. District Judge
United States District Court
220 West Depot Street
Suite 405
Greeneville, TN 37743

Hon. J. Thomas Marten
U.S. District Judge
232 U.S. Courthouse
401 North Market St.
Wichita, KS 67202

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Thomas J. Whelan
U.S. District Judge
3155 Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 3155
San Diego, CA 92101

**INVOLVED CLERKS LIST (CTO-1)**
**DOCKET NO. 1717**
**IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION**

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Patricia L. McNutt, Clerk
U.S. Courthouse
101 Summer Street, West
Greeneville, TN 37743

~~Ralph L. DeLoach, Clerk~~
~~204 U.S. Courthouse~~
~~401 N. Market Street~~
~~Wichita, KS 67202~~

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                         General Court Number
Clerk                                                                                415.522.2000

January 11, 2006

United States District Court
for the District of Delaware
Lockbox 18
844 North King Street
Boggs Federal Building
Wilmington, Delaware 19801

RE:    **In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717**
         CV 05-2830 MHP      **05-894 JJF (D/DE)**
         CV 05-2831 MHP      **05-895 JJF (D/DE)**
         CV 05-2834 MHP      **05-896 JJF (D/DE)**
         CV 05-2858 MHP      **05-897 JJF (D/DE)**
         CV 05-2859 MHP      **05-898 JJF (D/DE)**
         CV 05-2882 MHP      **05-899 JJF (D/DE)**
         CV 05-2897 MHP      **05-900 JJF (D/DE)**
         CV 05-2898 MHP      **05-901 JJF (D/DE)**
         CV 05-2916 MHP      **05-902 JJF (D/DE)**
         CV 05-2957 MHP      **05-903 JJF (D/DE)**
         CV 05-3028 MHP      **05-904 JJF (D/DE)**
         CV 05-3094 MHP      **05-905 JJF (D/DE)**
         CV 05-3197 MHP      **05-906 JJF (D/DE)**
         CV 05-3271 MHP      **05-907 JJF (D/DE)**
         CV 05-3272 MHP      **05-908 JJF (D/DE)**
         CV 05-3273 MHP      **05-909 JJF (D/DE)**
         CV 05-3277 MHP      **05-910 JJF (D/DE)**

Dear Clerk,

         Pursuant to an order transferring the above captioned cases to your court, transmitted herewith are:

         (✔)    Certified copy of docket entries

         (✔)    Certified copy of TRANSFERRAL ORDER

         (✔)    Original case file documents

         (✔)    Please be advised that the above entitled action was previously designated to the

Electronic Case Filing program. You can access electronically filed documents through PACER referencing the

Northern District of California case number at https://ecf.cand.uscourts.gov

         Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Gina Agustine-Rivas
Case Systems Administrator


Enclosures
Copies to counsel of record